UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:
FELIPE HORNERO-ROSO
Debtors

CASE NO: 10-07505 BKT

CHAPTER 7

NOTICE OF SUBMITTING AMENDMENT TO SCHEDULE "B"

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

*1.* The purpose of the amendment is to:

    a. *TO CLARIFY DEBTOR CASH ON HAND.*

2. Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

WE CERTIFY, that on this same date and by regular US Mail, copy of this Notice has been sent to: Wilfredo Segarra Miranda Esq., Po Box 9023385, San Juan, PR 00902-3385 tel 787-725-6160 Chapter 7 Trustee, and to all interested parties stated on attached Master Address List.

Respectfully Submitted.

In San Juan, Puerto Rico, this September 28, 2010.

JAIME RODRÍGUEZ LAW OFFICE, PSC
PASEO LOS CORALES II
764 MAR DEL NORTE ST
DORADO, PR 00646
Tel: (787)797-4174
Fax: (787)730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC- PR 221011

IN RE **HORNERO ROSO, FELIPE**     Case No. **10-07505-7**
            Debtor(s)                                                         (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **CASH ON HAND** **LOCATION: ON DEBTOR POSSESION** | | **4,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANCO POPULAR DE PUERTO RICO CHECKING ACCOUNT, ACCOUNT NUMBER: 044-098375** **LOCATION: BANCO POPULAR DE PR, SAN LORENZO BRANCH** | | **46.17** |
| | | **CARIBE FEDERAL CREDIT UNION DEPOSIT AND SHARES INTEREST, ACCOUNT NUMBER: 24153** **SHARES INTEREST: $8.12** **DEPOSIT ACCOUNT: $52.82** **LOCATION: CARIBE FEDERAL CREDIT UNION, SAN JUAN BRANCH** | | **54.83** |
| | | **WESTERNBANK OF PUERTO RICO DEPOSIT AND CHECKING ACCOUNT** **ACCOUNT NUMBER: 004704014476** **LOCATION: WESTERNBANK, SAN LORENZO BRANCH** | | **80.25** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **TWO BEDROOMS AND LIVING ROOM FURNITURES; KITCHEN APPLIANCES INCLUDING REFRIGERATOR AND MICROWAVE OVEN; WASHER MACHINE.** **LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754** | | **2,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHES, SHOES AND ACCESORIES** **LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754** | | **300.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# AMENDED SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 FORD ESCAPE, FOUR DOORS, RED COLOR, IDENTIFICATION NUMBER: HBG194 LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754** | | 18,815.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **EQUIPMENT AND MATERIALS:**<br><br>1. (1) ELECTRIC PLANT      $8,000.00<br>2. (1) OVEN      $8,000.00<br>3. (1) VACUUM PACK MACHINE      $5,500.00<br>4. (2) PACK MACHINES      $1,200.00<br>5. (4) OVEN CARS      $2,000.00<br>6. (5) CARS FOR TRANSPORT MEAT      $ 600.00<br>7. (4) UNITS OF AIR CONDITIONERS      $4,000.00<br>8. (1) FREIZEN 8X24X8      $6,000.00<br>9. (1) 40 ' REFRIGERATED VAN      $3,000.00<br>10.(5) SINKS      $1,250.00<br>11.(3) WORKSHOPS      $1,200.00<br>12.FON AND ROLL PLASTIC      $1,000.00<br>13.CARDBOARD BOXES      $1,000.00<br>14.VARIOUS SHELVING      $1,200.00<br>15.VARIOUS SPICES      $3,000 .00<br><br>**TOTAL: $46,950.00** | | 46,950.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 72,746.25 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

    **0** continuation sheets attached                   (Include amounts from any continuation sheets attached.
                                                  Report total also on Summary of Schedules.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **HORNERO ROSO, FELIPE**            Case No. **10-07505-7**
                         Debtor(s)                                                (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **19** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 28, 2010**      Signature: ***/s/ FELIPE HORNERO ROSO***
                                         **FELIPE HORNERO ROSO**           Debtor

Date: _____     Signature: _____
                                                                         (Joint Debtor, if any)
                                                                   [If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____

                                               _____
                                               (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| HORNERO ROSO, FELIPE<br>PO BOX 1267<br>SAN LORENZO, PR 00754 | CARLOS RUIZ SANCHEZ<br>CONDOMINIO LOS PINOS 7 B OESTE<br>AVENIDA ISLA VERDE<br>CAROLINA, PR 00979 | LA FLOR DE ESPANA<br>Carr 829 Km 1 Hm 8 Bo Pinas<br>Toa Alta, PR 00953 |
| Jaime Rodriguez Law Office, PSC<br>Urb Rexville BB21 Calle 38<br>Bayamon, PR 00956 | CARNIPESCA<br>6128 NW 40 TH ST<br>CORAL SPRINGS, FL 33067 | OLDACH ASSOCIATES, INC<br>PO BOX 364603<br>SAN JUAN, PR 00936-4603 |
| Advanced Collection Services, Inc<br>Po Box 364607<br>San Juan, PR 00936-4607 | CEYLAN MANUFACTURA SL<br>APARTADO 1186<br>VALENCIA, ES 46014 | POLY-CLIP SYSTEM INTERNATIONAL LLC<br>1000 TOWER ROAD<br>MUNDELEIN, IL 60060 |
| AEE<br>PO BOX 364267<br>SAN JUAN, PR 00936 | CITIFINANCIAL PLUS<br>PO BOX 70919<br>CHARLOTTE, NC 28272-0919 | PRIMO FOODS CORP.<br>2475 BRICKELL AVE SUITE 1407<br>MIAMI, FL 33129 |
| Banco Popular<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR 00936-8366 | RELIABLE FINANCIAL SERVICES, INC<br>9615 AVE LOS ROMEROS SUITE 1100,<br>URB MONTEHIEDRA<br>SAN JUAN, PR 00926 |
| BANCO POPULAR DE PUERTO RICO<br>DIVISION SERVICIOS DE CREDITO<br>CONSUMIDOR<br>PO BOX 71375<br>SAN JUAN, PR 00936-7077 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | SEGARRA'S SAUSAGE MFG<br>LUIS VAZQUEZ<br>PO BOX 2227<br>MOCA, PR 00676 |
| BISMARCK TRADING, INC<br>SUPERMARKET SUPPLIES<br>PO BOX 192198<br>SAN JUAN, PR 00919-2198 | IRS<br>Internal Revenue Services<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | ST MEAT<br>URB TERRA DEL VALLE 13<br>CAYEY, PR 00736 |
| BLUE RIBBON TAG & LABEL OF PUERTO RICO<br>PO BOX 4316<br>VEGA BAJA, PR 00694-4316 | JOHN & LUZ GOMEZ<br>Los Rosales Street, San Geronimo Grounds<br>San Juan, PR 00901 | STAPLE PROVISION<br>PO BOX 29845<br>65 TH INFANTERY STATION<br>RIO PIEDRAS, PR 00929 |
| CANDIDO CARRASQUILLO REYES<br>LCDO. JOSE M PRIETO CARBALLO<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | JOSE ALONSO RAMOS<br>EL PLANTIO E 4 CALLE CEIBA<br>TOA BAJA, PR 00949-4484 | TOMAS LEON<br>URB MUNOZ RIVERA<br>CALLE ESCARLATA 8<br>GUAYNABO, PR 00970 |
| CANDIDO CARRASQUILLO-RIVERA<br>PO BOX 363565<br>SAN JUAN, PR 00936 | JRM INC<br>URB JULIA INDUSTRIAL PARK<br>913 AVE ESCORIAL SUITE 2<br>SAN JUAN, PR 00926 | TRAFON GROUP<br>GARDEN HILLS PLAZA<br>PMB 342 1353 CARR 19<br>GUAYNABO, PR 00966-2700 |