UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br>FELIPE HORNERO-ROSO<br>Debtors | CASE NO: 10-07505 BKT<br><br>CHAPTER 7 |

NOTICE OF SUBMITTING AMENDMENT TO SCHEDULE "C"

TO THE HONORABLE COURT:

COME(S) NOW, debtor(s) through the undersigned attorney and respectfully state(s), allege(s) and pray(s) as follows:

*1.*   The purpose of the amendment is to:

   a.   <u>TO APPLY DEBTOR CASH ON HAND EXEMPTIONS.</u>

2.   Dates for meeting of creditors, for filing claims and for hearing of confirmation are to be notified or have been by the Trustee of this case.

WE CERTIFY, that on this same date and by regular US Mail, copy of this Notice has been sent to: Wilfredo Segarra Miranda Esq., Po Box 9023385, San Juan, PR 00902-3385 tel 787-725-6160 Chapter 7 Trustee, and to all interested parties stated on attached Master Address List.

Respectfully Submitted.

In San Juan, Puerto Rico, this September 28, 2010.

JAIME RODRÍGUEZ LAW OFFICE, PSC
PASEO LOS CORALES II
764 MAR DEL NORTE ST
DORADO, PR 00646
Tel: (787)797-4174
Fax: (787)730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC- PR 221011

IN RE **HORNERO ROSO, FELIPE** _____ Case No. **10-07505-7** _____
         Debtor(s)                                                            (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **CASH ON HAND** **LOCATION: ON DEBTOR POSSESION** | 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 30.00 3,970.00 | 4,000.00 |
| **BANCO POPULAR DE PUERTO RICO CHECKING ACCOUNT, ACCOUNT NUMBER: 044-098375 LOCATION: BANCO POPULAR DE PR, SAN LORENZO BRANCH** | 11 USC § 522(d)(5) | 46.17 | 46.17 |
| **CARIBE FEDERAL CREDIT UNION DEPOSIT AND SHARES INTEREST, ACCOUNT NUMBER: 24153 SHARES INTEREST: $8.12 DEPOSIT ACCOUNT: $52.82 LOCATION: CARIBE FEDERAL CREDIT UNION, SAN JUAN BRANCH** | 11 USC § 522(d)(5) | 54.83 | 54.83 |
| **WESTERNBANK OF PUERTO RICO DEPOSIT AND CHECKING ACCOUNT ACCOUNT NUMBER: 004704014476 LOCATION: WESTERNBANK, SAN LORENZO BRANCH** | 11 USC § 522(d)(5) | 80.25 | 80.25 |
| **TWO BEDROOMS AND LIVING ROOM FURNITURES; KITCHEN APPLIANCES INCLUDING REFRIGERATOR AND MICROWAVE OVEN; WASHER MACHINE.** **LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754** | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| **CLOTHES, SHOES AND ACCESORIES LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754** | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| **EQUIPMENT AND MATERIALS:** 1. (1) ELECTRIC PLANT $8,000.00 2. (1) OVEN $8,000.00 3. (1) VACUUM PACK MACHINE $5,500.00 4. (2) PACK MACHINES $1,200.00 5. (4) OVEN CARS $2,000.00 6. (5) CARS FOR TRANSPORT MEAT   $ 600.00 7. (4) UNITS OF AIR CONDITIONERS $4,000.00 8. (1) FREIZEN 8X24X8 $6,000.00 9. (1) 40 ' REFRIGERATED VAN $3,000.00 10.(5) SINKS | 11 USC § 522(d)(6) 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 2,175.00 938.75 6,855.00 | 46,950.00 |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10) - Cont.

IN RE **HORNERO ROSO, FELIPE**
　　　　　　　Debtor(s)

Case No. **10-07505-7**
(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
**(Continuation Sheet)**

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| $1,250.00<br>11.(3) WORKSHOPS<br>$1,200.00<br>12.FON AND ROLL PLASTIC<br>$1,000.00<br>13.CARDBOARD BOXES<br>$1,000.00<br>14.VARIOUS SHELVING<br>$1,200.00<br>15.VARIOUS SPICES<br>$3,000 .00<br><br>TOTAL:  $46,950.00 | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **HORNERO ROSO, FELIPE** Case No. **10-07505-7**
Debtor(s) (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**19**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **September 28, 2010**   Signature: ***/s/ FELIPE HORNERO ROSO***
                                              **FELIPE HORNERO ROSO**   Debtor

Date: _____   Signature: _____
                                                                    (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                              _____
                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| HORNERO ROSO, FELIPE<br>PO BOX 1267<br>SAN LORENZO, PR  00754 | CARLOS RUIZ SANCHEZ<br>CONDOMINIO LOS PINOS 7 B OESTE<br>AVENIDA ISLA VERDE<br>CAROLINA, PR  00979 | LA FLOR DE ESPANA<br>Carr 829  Km 1 Hm 8 Bo Pinas<br>Toa Alta, PR  00953 |
| Jaime Rodriguez Law Office, PSC<br>Urb Rexville BB21 Calle 38<br>Bayamon, PR  00956 | CARNIPESCA<br>6128 NW 40 TH ST<br>CORAL SPRINGS, FL  33067 | OLDACH ASSOCIATES, INC<br>PO BOX 364603<br>SAN JUAN, PR  00936-4603 |
| Advanced Collection Services, Inc<br>Po Box 364607<br>San Juan, PR  00936-4607 | CEYLAN MANUFACTURA SL<br>APARTADO 1186<br>VALENCIA, ES  46014 | POLY-CLIP SYSTEM INTERNATIONAL LLC<br>1000 TOWER ROAD<br>MUNDELEIN, IL  60060 |
| AEE<br>PO BOX 364267<br>SAN JUAN, PR  00936 | CITIFINANCIAL PLUS<br>PO BOX 70919<br>CHARLOTTE, NC  28272-0919 | PRIMO FOODS CORP.<br>2475 BRICKELL AVE SUITE 1407<br>MIAMI, FL  33129 |
| Banco Popular<br>PO BOX 362708<br>SAN JUAN, PR  00936-2708 | CLARO<br>PO BOX 70366<br>SAN JUAN, PR  00936-8366 | RELIABLE FINANCIAL SERVICES, INC<br>9615 AVE LOS ROMEROS SUITE 1100,<br>URB MONTEHIEDRA<br>SAN JUAN, PR  00926 |
| BANCO POPULAR DE PUERTO RICO<br>DIVISION SERVICIOS DE CREDITO<br>CONSUMIDOR<br>PO BOX 71375<br>SAN JUAN, PR  00936-7077 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | SEGARRA'S SAUSAGE MFG<br>LUIS VAZQUEZ<br>PO BOX 2227<br>MOCA, PR  00676 |
| BISMARCK TRADING, INC<br>SUPERMARKET SUPPLIES<br>PO BOX 192198<br>SAN JUAN, PR  00919-2198 | IRS<br>Internal Revenue Services<br>PO BOX 21126<br>PHILADELPHIA, PA  19114-0326 | ST MEAT<br>URB TERRA DEL VALLE 13<br>CAYEY, PR  00736 |
| BLUE RIBBON TAG & LABEL OF PUERTO RICO<br>PO BOX 4316<br>VEGA BAJA, PR  00694-4316 | JOHN & LUZ GOMEZ<br>Los Rosales Street, San Geronimo Grounds<br>San Juan, PR  00901 | STAPLE PROVISION<br>PO BOX 29845<br>65 TH INFANTERY STATION<br>RIO PIEDRAS, PR  00929 |
| CANDIDO CARRASQUILLO REYES<br>LCDO. JOSE M PRIETO CARBALLO<br>PO BOX 363565<br>SAN JUAN, PR  00936-3565 | JOSE ALONSO RAMOS<br>EL PLANTIO E 4 CALLE CEIBA<br>TOA BAJA, PR  00949-4484 | TOMAS LEON<br>URB MUNOZ RIVERA<br>CALLE ESCARLATA 8<br>GUAYNABO, PR  00970 |
| CANDIDO CARRASQUILLO-RIVERA<br>PO BOX 363565<br>SAN JUAN, PR  00936 | JRM INC<br>URB JULIA INDUSTRIAL PARK<br>913 AVE ESCORIAL SUITE 2<br>SAN JUAN, PR  00926 | TRAFON GROUP<br>GARDEN HILLS PLAZA<br>PMB 342 1353 CARR 19<br>GUAYNABO, PR  00966-2700 |