## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>Felipe Hornero Roso<br><br><u>DEBTOR</u> | CASE NO. 10-07505 ESL<br><br>CHAPTER 07 |

### NOTICE OF INTENT TO SELL
### PROPERTY AT PUBLIC SALE

The undersigned trustee represents that he will sell at public sale property of debtor's estate as describe below.

PROPERTY DESCRIPTION:

Machinery, Equipment and Inventory

*Located at :*

The Machinery and Equipment are located for inspection at Carr. 916 Km. 3.5 San Lorenzo, P.R.
***Statement of the aggregate amount of liens or encumbrances known to Trustee: $0.00***

Due to the risk and imminent threat of loss of property and the additional costs and expenses which would be accrued to store and protect the assets, the undersigned Trustee will commence to pursue the public sale of these assets.

Sale of the estate's interest in this property shall be free and clear of liens; if any, shall attached to proceeds. See 11U.S.C. 363(f).

A public auction is to be conducted by the Trustee for the sale of this property on the time and the date detailed herein. A deposit not less than 25% of the sale price shall be required to the bidder to whom the sale is adjudicated payable in certified, bank manager's or personal check, upon adjudication at the auction.

At public auction, the sale will be adjudicated to the highest bidder, except when the Trustee, at his sole discretion, rejects any bid that does not comply with this notice or does not represent a fair price for the property to be sold. Sale adjudicated at the auction are final and shall constitute an enforceable contract between the Trustee and the buyer's.
This sale is made "as is"and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale and closing of the sales deeds by the Trustee. Upon closing of the

deeds on sale of the property, the prevailing buyers waive, release and hold harmless the Trustee of any claims, damages or assessment on this transaction

Buyer shall take possession of the acquired property immediately upon full payment of the purchase price. This process shall not be later than 5 days following the adjudication of the sale by the trustee and shall be at buyers sole cost and risk. Any preservation expenses accrued on the commercial premises following this five days will be at the cost of the buyer.

Failure to pay the full price on the property as and when provided herein shall entitle the trustee to void the sale, and the deposits as well as any other moneys given shall be deemed forfeited to the estate.

The property subject of this sale may be inspected by potential buyers and other parties in interest at Carr. 916 Km. 3.5 San Lorenzo, P.R. described above, on October 22, 2010 at 8:30 a.m.

A Public Auction Date has been scheduled for *October 22 , 2010 at 9::00 a.m.* and will be conducted by the undersigned Trustee at Carr. 916 Km. 3.5 San Lorenzo, P.R.

**NOTICE IS HEREBY GIVEN** that, unless a party in interest files a written objection, with a copy thereof served to the trustee, within *seven (7) DAYS* from the date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing of such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT:** The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy was mailed to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

In San Juan, Puerto Rico, this 8 day of October, 2010.

/s/ Wilfredo Segarra Miranda

**Wilfredo Segarra Miranda, Trustee**
PO Box 9023385
San Juan, P.R. 00902-3385
Tel. (787)725-6160 Fax (787) 977-2288

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008 FORD ESCAPE, FOUR DOORS, RED COLOR, IDENTIFICATION NUMBER: HBG194 LOCATION: CARR 919, KM 3.5, BO CERRO GORDO, SAN LORENZO PR 00754 | | 18,815.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **EQUIPMENT AND MATERIALS:**<br><br>1. (1) ELECTRIC PLANT     $8,000.00<br>2. (1) OVEN     $8,000.00<br>3. (1) VACUUM PACK MACHINE     $5,500.00<br>4. (2) PACK MACHINES     $1,200.00<br>5. (4) OVEN CARS     $2,000.00<br>6. (5) CARS FOR TRANSPORT MEAT     $ 600.00<br>7. (4) UNITS OF AIR CONDITIONERS     $4,000.00<br>8. (1) FREIZEN 8X24X8     $6,000.00<br>9. (1) 40 ' REFRIGERATED VAN     $3,000.00<br>10.(5) SINKS     $1,250.00<br>11.(3) WORKSHOPS     $1,200.00<br>12.FON AND ROLL PLASTIC     $1,000.00<br>13.CARDBOARD BOXES     $1,000.00<br>14.VARIOUS SHELVING     $1,200.00<br>15.VARIOUS SPICES     $3,000 .00<br><br>TOTAL: $46,950.00 | | 46,950.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                                    **TOTAL**     **72,746.25**

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

___**0**___ continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only