IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>Felipe Hornero Roso<br><br>DEBTOR | CASE NO. 10-07505 ESL<br><br>CHAPTER 07 |

### TRUSTEE'S MOTION REQUESTING ORDER

### ALLOWING THAT TIME PERIOD FOR NOTICE OF INTENT TO SELL

### PROPERTY AT PUBLIC SALE BE SHORTENED TO SEVEN DAYS

TO THE HONORABLE COURT:

Comes now, Wilfredo Segarra Miranda, duly appointed trustee of the above captioned case, and very respectfully states and prays as follows:

1. On this same date the trustee has filed a Notice of intent to sell at public sale, Debtor's interest in property at, which details the terms and conditions of the proposed sale transaction (Doc # 16).

2. The trustee has scheduled a Public Sale to be held on October 22, 2010 at 9:00a.m. at Carr. 916 Km. 3.5 San Lorenzo, P.R. It is the Trustee's position that in order to minimize risks and cost, the time of the notice of sale be shorten to seven days.

WHEREFORE, the undersigned trustee prays this Honorable Court to take notice of the matters detailed herein and to Order that the time period for objecting to this sale and/or for conducting a public offering and/or for adjudicating this sale be limited to seven days and to order any further relief as deemed necessary.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 8 day of October 2010.

I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of the Court using the CM/EFC System which will send notification of said filling to parties appearing on said system

including the U.S. Trustee Office and sent by mail to Debtor and Debtor's attorney and to all creditors and parties in interest as per enclosed Master Address List.

/s/ Wilfredo Segarra Miranda
**Wilfredo Segarra Miranda, Trustee**
PO Box 9023385
San Juan, P.R. 00902-3385
Tel. (787)725-6160 Fax (787) 977-2288